

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| DAVID GROBER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAKO PRODUCTS, INC., AIR SEA LAND PRODUCTIONS, INC., CINEVIDEOTECH, INC., SPECTRUM EFFECTS, INC., DOES 1-10,<br><br>　　　　Defendants. | Case No.  CV 04-08604 SGL(Mcx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY<br><br>Courtroom Number One, 3470 Twelfth Street, Riverside, California<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

　　　The Court having granted the parties' request for a stay pending resolution of the matter(s) as stated in the stay order filed in this action, it is hereby ORDERED that this action is removed from the Court's active case load until further application by the parties or Order of this Court.  It is further ORDERED that counsel for plaintiff shall file a semi-annual status report commencing June 5, 2006.  This Court retains jurisdiction over this action and the instant order shall not prejudice any party in this action.

　　　IT IS SO ORDERED.

Dated:  5-15-06



　　　　　　　　　　　　　　　　　　　　STEPHEN G. LARSON
　　　　　　　　　　　　　　　　　　　　United States District Judge

