**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-08604 SGL(Mcx)                                          Date: June 6, 2006

Title:   DAVID GROBER -v- MAKO PRODUCTS, INC., AIR SEA LAND PRODUCTIONS, INC., CINEVIDEOTECH, INC., SPECTRUM EFFECTS, INC., DOES 1-10
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                              None Present
    Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                             None present

PROCEEDINGS:   (IN CHAMBERS) - ORDER TO SHOW CAUSE

On August 9, 2005, the Court stayed litigation in this case pending the outcome of the reexamination proceedings instituted by defendants in the Patent and Trademark Office ("PTO") concerning all the claims contained in plaintiff's patent, U.S. Patent No. 6,611,662 (the "662 patent"). Based on the stay, the Court removed the case from its active docket and required the parties, commencing June 5, 2006, to submit semi-annual joint status report concerning the status of the reexamination proceedings of the 662 patent before the PTO.

On June 5, 2006, plaintiff, but not defendants, submitted a status report. In the report, it was noted that the PTO had confirmed 16 of the 38 claims made in the 662 patent, but had rejected the remaining 22 claims made in the patent. Plaintiff has filed a response to the PTO action regarding those 22 claims, but as of yet the PTO has not tendered a response. According to plaintiff, the PTO may not complete its reexamination of the 662 patent until over a year from now.

Given that the PTO has reaffirmed some, but not all, of the claims contained in the 662 patent, plaintiff has requested that the Court lift the stay to reopen discovery in this case. The pressing need to allow discovery to continue is due to, at least according to plaintiff, the fact that (1) there is a pending motion by some of the defendants, Air Sea Land Productions, Inc., and Cinevideotech, Inc., to have the case dismissed for lack of personal jurisdiction, something which is not enmeshed in any manner to the PTO reexamination proceedings; (2) plaintiff will suffer

MINUTES FORM 90                                              Initials of Deputy Clerk __jh
CIVIL -- GEN                               1

CV 04-08604 SGL(Mcx)
DAVID GROBER v MAKO PRODUCTS, INC., AIR SEA LAND PRODUCTIONS, INC., CINEVIDEOTECH, INC., SPECTRUM EFFECTS, INC., DOES 1-10
MINUTE ORDER of June 6, 2006

prejudice should the stay remain in place as defendants "have added two additional distribution rental companies to the original three which are part of the suit," thereby raising the very real specter of defendants seeking to expand the scope of their allegedly infringing activity; (3) an examination of the past modus operandi of the individual owners of the defendant companies (namely, dissolving shell companies that have been sued and transferring assets to another non-party shell corporation) suggests a very real possibility that defendants may become judgment proof, and (4) if the stay is allowed to remain in place for another year this would create the possibility that defendants could destroy tax records before discovery recommences given the expiration of U.S. tax law three-year retention requirement.

In light of the above, defendants are hereby **ORDERED TO SHOW CAUSE** within five (5) days from entry of this Order why the Court should not lift the stay.

Plaintiff's request for an intra-district transfer is **DENIED**.

IT IS SO ORDERED.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority ✓    Send ✓
Entered ___   Closed ___
JS-5/JS-6 ___ JS-2/JS-3 ___ ✓
Scan Only ___ Docketed on CM ___
___ THIS CONSTITUTES NOTICE OF
ENTRY AS REQUIRED BY FRCP 77(d)

EASTERN DIVISION
BY _____ DEPUTY

MINUTES FORM 90                                    Initials of Deputy Clerk __jh_____
CIVIL -- GEN                    2