UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV04-8604-SGL(OPx) | Date | August 21, 2008 |
|---|---|---|---|
| Title | DAVID GROBER, ET AL -V- MAKO PRODUCTIONS, INC., ET AL | | |

| Present: The Honorable | OSWALD PARADA, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| MAYNOR GALVEZ | NONE | NONE |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:** MOTION TO QUASH SUBPOENA; REQUEST FOR SANCTIONS

On April 28, 2008, Defendants filed a Motion to Quash Subpoenas issued to Microstain, Inc., and Proton Design, Inc., along with a supporting declaration of Brian W. Warwick. No Opposition to the motion was filed by Plaintiff. On June 24, 2008, the matter came on for hearing. Counsel for Defendants, Stanley P. Lieber, was present. Counsel for Plaintiff was not present. The Court granted the motion and ordered counsel for Defendants to prepare a proposed order and a declaration pertaining to sanctions.

On July 15, 2008, counsel for Defendants filed the declarations of Brian W. Warwick and Stanley P. Lieber, in support of the request for sanctions. On July 15, 2008, Plaintiff filed a Response to the declarations re: sanctions, a Request for Reconsideration of the Court's June 24, 2008, order granting the motion to quash, along with supporting declarations. On July 22, 2008, Defendants filed a Reply to Plaintiff's Response, along with a supporting declaration.

After consideration of the aforementioned pleadings, the Court rules as follows:
1) Defendants' request for sanctions is granted in part. No later than fourteen (14) days from the date of this order, Plaintiff's counsel shall pay sanctions to Defendants' counsel in the total amount of $1,800.00;
2) Plaintiff's request for reconsideration and/or relief from the Court's June 24, 2008, order is denied. Plaintiff's request for a reduction of the total amount of sanctions requested is granted.

**IT IS SO ORDERED.**

|  | Initials of Preparer | MG |
|---|---|---|

| CV-90 (06/04) | **CIVIL MINUTES - GENERAL** |
|---|---|