BRIAN W. WARWICK
JANET R. VARNELL
VARNELL & WARWICK
20 La Grande Blvd.
The Villages, FL  32159
Tel: (352) 753-8600
Fax: (352) 753-8606
bwwarwick@aol.com
Attorney for Defendants

ROBERT J. LAUSON, No. 175,486
   bob@lauson.com
EDWARD C. SCHEWE, No. 143,554
   ed@lauson.com
LAUSON & SCHEWE LLP
1600 Rosecrans Avenue, 4th Floor
Manhattan Beach, California  90266
Tel   (310) 321-7890
Fax  (310) 321-7891
Attorneys for Plaintiffs

O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DAVID GROBER, MOTION PICTURE MARINE<br><br>Plaintiffs,<br>v.<br><br>MAKO PRODUCTIONS INC.; AIR SEA LAND PRODUCTIONS, INC.; CINEVIDEO TECH, INC.; SPECTRUM EFFECTS, INC.; BLUE SKY AERIALS, INC.; AND DOES 1 - 10,<br><br>Defendants; _____/ | CASE NO.: CV04-8604 SGL (OPX)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT STIPULATION TO RESCHEDULE MARKMAN HEARING AND REQUESTING ADDITIONAL TIME FOR MARKMAN HEARING AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  None<br>Time:  None<br>Place:  None<br><br>Discovery Cutoff Date:  11/3/08<br>Pretrial Conference Date:  12/8/08<br>Jury Trial Date:  1/20/09 |

1

The parties filed a Stipulation requesting the Markman Hearing presently set for October 27, 2008, be rescheduled to November 3, 2008, to immediately follow the hearing on Defendants' Motion for Summary Judgment. The parties anticipate the Summary Judgment hearing will take approximately one hour, and the Markman Hearing will take approximately three and one half hours considering the complexity of the issues and the number of claim terms at issue.

Further, should this Court not have the requested time allotted to conduct both hearings on November 3, 2008, that a new hearing date be selected which can accommodate the time required for both hearings.

Accordingly, finding good cause, the Stipulation of the Parties is GRANTED in part and DENIED in part.

IT IS SO ORDERED:

1. The Markman Hearing is rescheduled to November 3, 2008, at 1:00 p.m..

2. The hearing on Defendants' Motion for Summary Judgment hearing shall be scheduled at the time of the Markman Hearing.

Dated: October 06, 2008

The Honorable Stephen G. Larson
U.S. District Judge