O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-08604 SGL(OPx)                                      Date:  October 28, 2008

Title:    DAVID GROBER -v- MAKO PRODUCTS, INC., AIR SEA LAND PRODUCTIONS, INC., CINEVIDEOTECH, INC., SPECTRUM EFFECTS, INC., DOES 1-10
==========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

   Jim Holmes                                   None Present
   Courtroom Deputy Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                 None present

PROCEEDINGS:    ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION

   The Court has received and reviewed plaintiff's October 20, 2008 ex parte application to have heard related discovery motions with the November 3, 2008, <u>Markman</u> hearing.  The premise underlying the ex parte application is flawed.  Whereas plaintiff asserts that the Court will be hearing defendants' summary judgment motion alongside the <u>Markman</u> hearing, the Court's October 6, 2008, Order made clear that the only matter to be heard on November 3, 2008, is the <u>Markman</u> hearing, with the Court <u>scheduling</u> when the summary judgment motion will be heard "at the time of the Markman hearing."  Thus, as it stands, the <u>only</u> matter being heard on November 3, 2008, is the aforementioned <u>Markman</u> hearing.  Thus, judicial economy principles will <u>not</u> be served by combining the <u>Markman</u> hearing with those related to the discovery matters (which are currently scheduled for hearing on January 12, 2009).  Accordingly, plaintiff's ex parte application is **DENIED**.

   IT IS SO ORDERED.