O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

| | | |
|---|---|---|
| Case No. | CV 04-08604 SGL(OPx) | Date:  November 6, 2008 |

Title:   DAVID GROBER -v- MAKO PRODUCTS, INC., AIR SEA LAND PRODUCTIONS, INC., CINEVIDEOTECH, INC., SPECTRUM EFFECTS, INC., DOES 1-10

=======================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Jim Holmes | None Present |
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None present | None present |

PROCEEDINGS:   ORDER SCHEDULING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND OUTSTANDING DISCOVERY MOTIONS; ORDER STRIKING PLAINTIFF'S FILING OF POST-MARKMAN SUPPLEMENTAL BRIEF (DOCKET # 256)

     As noted during the <u>Markman</u> hearing, defendants' motion for summary judgment is hereby scheduled for hearing on January 12, 2009, at 10:00 a.m. and the outstanding discovery motions in this matter will be heard at the same time.

     Moreover, plaintiff's post-<u>Markman</u> filing of a "Supplemental Markman Briefing Re Meaning of 'Payload Platform'" (docket # 256) is hereby **STRICKEN**, as no leave was sought from nor leave granted by the Court prior to its filing.

     IT IS SO ORDERED.

CV 04-08604 SGL(OPx)
DAVID GROBER v MAKO PRODUCTS, INC., AIR SEA LAND PRODUCTIONS, INC., CINEVIDEOTECH, INC., SPECTRUM EFFECTS, INC., DOES 1-10
MINUTE ORDER of November 6, 2008