Stanley P. Lieber (57628)
LAW OFFICES OF STANLEY P. LIEBER
6351 Owensmouth Ave. Suite 100
Woodland Hills, CA 91367
Tel: (818) 888-1811
Fax: (818) 888-1912
email: stan@lieberlaw.com

Brian W. Warwick
Janet R. Varnell
VARNELL & WARWICK
20 La Grande Blvd.
The Villages, FL  32159
Tel: (352) 753-8600
Fax: (352) 753-8606
Email: bwwarwick@aol.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DAVID GROBER and VOICE INTERNATIONAL, INC., A California Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>MAKO PRODUCTS, INC., AIR SEA LAND PRODUCTIONS, INC.,CINEVIDEOTECH, INC., SPECTRUM EFFECTS, INC.,OPPENHEIMERCINE RENTAL, LLC, BLUE SKY AERIALS, INC., DOES 1-10, JORDAN KLEIN, SR., and JORDAN KLEIN, JR.<br><br>Defendants. | Case No.  CV 04-08604 SGL(OPx)<br><br>**RENTAL HOUSE DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS OF INFRINGEMENT**<br><br>Date:   4/6/09<br>Time:   10:00 A.M.<br>Place:  Courtroom   1<br>          Hon. Stephan Larson |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 6, 2009, at 10:00 A.M., or as soon thereafter as counsel may be heard, in Courtroom One of the United States District Court for the Central District of California, located at 3470 12th Street, Riverside, California 92501, Defendants Air Sea Land Productions, Inc., Cinevideotech, Inc., Spectrum Effects, Inc., and Blue Sky Aerials, Inc., ("Rental House Defendants") move this Court, pursuant to Federal Rule of Civil Procedure 56(b) for Summary Judgment and states as follows:

1.     Along with Mako Products, Inc., the manufacturer and developer of the MakoHead, Plaintiffs have sued every Rental House that offers the MakoHead for rent in the movie industry, alleging both direct and contributory infringement of the '662 patent.

2.     To be liable for direct infringement, a party must "sell", "offer to sell", or "use" the item in question.  Further, to be liable for contributory infringement, the party being charged must have knowledge of not only the existence of a potential patent but actual knowledge of whether or not the accused device infringes the patent at issue.  Thus, there is a two step process to prove contributory infringement. First, there has to be proof of direct infringement; and, second the alleged infringer must knowingly induce infringement and possess specific intent to encourage

infringement of another.  *See*  MEMC Electronic Materials, Inc., v. Mitsubishi Materials Silicon Corp., 420 F.3d 1369, 1378 (Fed. Cir. 2005); *see also* Water Techs. Corp. v. Calco, Ltd., 850 F.2d 660, 667 (Fed.Cir.), cert. denied, 488 U.S. 968, 109 S.Ct. 498, 102 L.Ed.2d 534 (1988) ("Thus, a person infringes by actively and knowingly aiding and abetting another's direct infringement. Although § 271(b) does not use the word 'knowing,' the case law and legislative history uniformly assert such a requirement." (citations omitted)).

3.     Plaintiffs' claims are without merit with regard to all Rental House Defendants, as the evidence will show the following facts:  The Rental House Defendants were not involved in any way in the development or design of the MakoHead; did not have knowledge of the patent at issue prior to being sued by Plaintiff; do not possess any knowledge regarding the inner workings of the MakoHead; and, no Rental House Defendant has ever sold a MakoHead, offered a MakoHead for sale, or used a MakoHead to shoot video in a business setting.

4.     This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on May 13, 2008 during which defense counsel, Joel Bennett, requested that Defendants delay this motion to allow additional discovery from the Rental House Defendants.  The Rental House Defendants have produced extensive discovery documents and have already submitted affidavits on the issues raised herein and Plaintiffs have had approximately one year and three

months to conduct further discovery but have chosen not to do so.  Accordingly, the Rental House Defendants have already provided Plaintiffs additional time to conduct discovery.

5.      This motion is supported by this Notice and Motion along with the Statement of Undisputed Facts with supporting evidence and Declarations, and the supporting Memorandum of Points and Authorities in Support of Motion for Summary Judgment being filed together herewith.

Dated:  January 26, 2009.

VARNELL & WARWICK, P.A.

By:   /s Brian W. Warwick_____
      BRIAN W. WARWICK

Attorneys for Defendants

STANLEY P. LIEBER
LAW OFFICES OF STANLEY P. LIEBER
6351 Owensmouth Ave. Suite 100
Woodland Hills, CA 91367
tel: 818 888 1811
fax: 818 888 1912
Email: stan@lieberlaw.com

JANET R. VARNELL
BRIAN W. WARWICK
VARNELL & WARWICK, P.A.
20 La Grande Boulevard
The Villages, FL  32159
Telephone:   (352) 753-8600
Facsimile:   (352) 753-8606
Email:  bwwarwick@aol.com

4

## CERTIFICATE OF DELIVERY

I hereby certify that on the 26th day of January, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Robert Lauson
bob@lauson.com
Edward Schewe
ed@lauson.com
Edwin Tarver
Edwin@lauson.com
Joel R. Bennett
joelrbennett@yahoo.com

s/ Brian W. Warwick

RENTAL HOUSE DEFENDANTS' NOTICE OF MOTION AND MOTION
FOR SUMMARY JUDGMENT ON ALL CLAIMS OF INFRINGEMENT