Robert J, Lauson, Esq., No. 175,486
bob@lauson.com
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, California  90245
Tel.  (310) 726-0892
Fax   (310) 726-0893

Attorneys for Plaintiff
Voice International, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| **DAVID GROBER, at al.,** | CASE NO.: CV 04-08604 JZ (OPx) |
| **Plaintiffs,** | |
| v. | [Proposed] Stipulated Final Judgment |
| **MAKO PRODUCTS, INC. et al,** | |
| **Defendants.** | |

Pursuant to the Court's request for a [proposed] stipulated final judgment, the parties state as follows:

By various Orders throughout this litigation this Court found as a matter of law that the patent-in-suit was not infringed by the accused infringing product and Plaintiffs' subsequent motions for reconsideration were denied.

0

Therefore, by reason of said orders, Defendants Mako Products, Inc., Air Sea Land Productions, Inc., Cinevideotech, Inc., Spectrum Effects, Inc., and Blue Sky Aerials, Inc., are the prevailing parties in this action and are entitled to final judgment against Plaintiffs David Grober and Motion Picture Marine, Inc. as to Count One of the Amended Complaint.

Plaintiff Grober brought a separate action for declaratory relief regarding Defendant Mako Products counterclaims for defamation and antitrust violations. Defendants moved to voluntarily dismissed those claims, and by Order of this Court said claims were thereafter dismissed.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that final judgment be entered and that said Plaintiffs take nothing from said Defendants, and that Defendants take nothing as a result of the counterclaims.

Dated:  July 30, 2010.

`s/ Jack Zouhary`
Judge Jack Zouhary

Presented by:

    /s/
Robert J. Lauson
Attorney for Plaintiffs


    /s/
Brian Warwick
Attorney for Defendants