UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501

CIVIL MINUTES - GENERAL

Case No.    2:04 CV 8604 - JZ                                    Date:  January 28, 2015

Title:    DAVID GROBER, ET AL., PLAINTIFFS -v- MAKO PRODUCTS, INC., ET AL.,
          DEFENDANTS
================================================================================
PRESENT:    HONORABLE JACK ZOUHARY, UNITED STATES DISTRICT JUDGE

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR RENTAL HOUSE
                                           DEFENDANTS:
Frederic Greenblatt, Robert Lauson and Edwin
Tarber for Voice International                 Sean Flaherty

Plaintiff *Pro Se* David Grober


PROCEEDINGS:  Record Hearing held on January 28, 2015 (Court Reporter:  Angela Nixon).


        This Court heard argument from counsel on the Rental House Defendants' Motion to Dismiss (Doc. 473),

which Plaintiffs oppose (Doc. 475).  After granting the requests to take judicial notice of certain court filings

(Docs. 473-2 & 475-1), this Court denied the Motion for the reasons stated on the record.  See transcript for

details.  After discussions with parties and counsel, they are to meet and confer on the construction claims at

issue and hold the dates of May 22 and May 26, 2015 for a Markman hearing, if necessary, at the Riverside

Courthouse.  Parties and counsel should submit a proposed case schedule, including Markman briefing, for this

Court's approval.

        IT IS SO ORDERED.

                                                _____s/ Jack Zouhary_____
                                                JACK ZOUHARY
                                                U. S. DISTRICT JUDGE

                                                January 28, 2015