# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: Sean Flaherty | 2. PHONE NUMBER: 760-942-8505 | 3. DATE: 2/5/15 |
| 4. FIRM NAME: Coast Law Group | 5. E-MAIL ADDRESS: sean@coastlawgroup.com | |
| 6. MAILING ADDRESS: 1140 S. Coast Highway 101 | 7. CITY: Encinitas | 8. STATE: CA / 9. ZIP CODE: 92024 |
| 10. CASE NUMBER: 2:04 CV 8604 - JZ | 11. CASE NAME: David Grober, et al v. Mako Products, Inc., et al | 12. JUDGE: Jack Zouhary |

13. APPEAL CASE NUMBER: 
14. ORDER FOR: ☐ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Jan 28, 2015 | Angela Nixon | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Record Hearing - Order (474) |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month: 2   Day: 5   Year: 2015
Transcript payment arrangements were made with: Angela Nixon

17. DATE: Feb 5, 2015

NAME OF OFFICIAL: Angela Nixon

Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: /s/ Sean Flaherty, Esq.

Month: 2   Day: 5   Year: 2015

G-120 (09/12)