IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| David Grober, et al., | Case No. 2:04 CV 8604 JZ |
| Plaintiffs, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Mako Products, Inc., et al., | |
| Defendants. | |

    This Court held a record hearing on April 14, 2015 (court reporter: Tracy Spore). Parties present by phone: David Grober, Plaintiff *Pro Se*; Anthony Lenzo and Michael Warner of Air Sea Land Productions, Inc.; Matt Kutcher of Spectrum Effects Inc. Counsel present: Robert Lauson for Plaintiff Voice International; Sean Flaherty for "Rental House Defendants" Air Sea Land Productions, Inc., Cinevideotech Inc., and Blue Sky Aerials Inc.

    This Court convened a hearing for Spectrum to show cause why it should not be held in contempt or have a default judgment entered against it for failing to comply with this Court's Order requiring it to indicate whether it would retain Coast Law Group as counsel or obtain new counsel (Docs. 483 & 489). Spectrum indicated it does not have the financial means to retain counsel. Spectrum confirmed its understanding that it cannot appear pro se, *Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993), and confirmed its understanding of the consequences of not obtaining counsel, including the possibility of default judgment.

In response to Plaintiffs' oral motion for entry of a default judgment against Spectrum, this Court instructed Plaintiffs to follow the procedure set forth in Federal Rule Civil Procedure 55 and contact Chambers (Laura) if further assistance is needed.

This Court discussed with counsel the need for a *Markman* Hearing. Counsel shall confer and file a joint letter by **April 28, 2015**, indicating any agreement and proposing an efficient plan for resolving this litigation, including but not limited to a bench trial regarding liability and damages, a jury trial, summary judgment briefing, or some hybrid approach.

Finally, this Court listened to some ongoing discovery issues and offered general guidance. Counsel shall confer regarding the document discovery that has been produced and provide each other with missing documents. The parties shall bear their own costs of obtaining any supplemental document production.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

April 15, 2015