**CERTIFICATE OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1140 South Coast Hwy 101, Encinitas, CA 92024.

On <u>April 28, 2015</u>, I served the document described as **JOINT CASE MANAGEMENT STATEMENT** as follows:

| | |
|---|---|
| Robert J, Lauson, Esq.<br>  Bob@lauson.com<br>Edwin Tarver, Esq.<br>Edwin@lauson.com<br>Lauson & Tarver LLP<br>880 Apollo St. Ste. 301<br>El Segundo, CA 90245<br>Tel: 310-726-0892; Fax: 310-726-0893<br>*Counsel for Plaintiff Voice International, Inc.*<br>David Grober<br>616 Venice Blvd Venice, CA 90291<br>Davidgrober1@gmail.com<br>*Plaintiff in Pro Se* | **[X] (BY ELECTRONIC SERVICE)**<br>Pursuant to CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends a "Notice of Electronic Filing" of the filing to the parties and counsel of records listed below who are registered with the Court's EC/ECF System |

I declare under penalty of perjury that the forgoing is true and correct.

Executed on <u>April 28, 2015</u>, at Encinitas, California.

<u>s/ Sean D. Flaherty</u>

Certificate of Service - 1