IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| David Grober, et al., | Case No. 2:04 CV 8604 JZ |
| Plaintiffs, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Mako Products, Inc., et al., | |
| Defendants. | |

This Court held a record phone status on May 20, 2015 (court reporter: Angela Nixon). Parties present by phone: David Grober, Plaintiff *Pro Se*. Counsel present: Robert Lauson for Plaintiff Voice International; Sean Flaherty and David Peck for "Rental House Defendants" Air Sea Land Productions, Inc., Cinevideotech, Inc., and Blue Sky Aerials, Inc.

This Court discussed with counsel several issues raised in the recent Order (Doc. 493), and set a case schedule as follows.

**Discovery Disclosures.** As addressed in this Court's Order (Doc. 491), counsel shall confer regarding the document discovery that has been produced and provide each other with any missing documents. All document discovery shall be completed by **June 30, 2015**, including any issues relating to third-party document production. Also by **June 30**, the parties shall update their discovery responses (document and interrogatory responses) and supplement document production as necessary.

**Claim Construction.** Plaintiffs shall amend their infringement contentions by **June 30, 2015**. Defendants shall update any response to Plaintiffs' infringement contentions by **July 30, 2015**.

**Injunctive Relief.**  Defendants have filed affidavits confirming they do not possess a Makohead, do not currently offer the Makohead for rent, and do not plan to offer the Makohead for rent in the future (Doc. 494).  Accordingly, Plaintiffs' request for injunctive relief (Doc. 492 at 2, 4) is denied as moot without prejudice.

**Infringement.**  Plaintiffs' request for leave to file a motion for partial summary judgment on the issue of infringement (Doc. 492 at 2) is denied as premature, given the outstanding discovery issues.  Plaintiffs may seek leave to file a motion for summary judgment after **July 30, 2015**.

As proposed in this Court's Order (Doc. 493), this Court discussed with counsel whether to first resolve liability or damages issues.  Counsel agreed it would be prudent to focus on damages at the outset, which may provide an opportunity for settlement.  Plaintiffs shall provide Defendants with a detailed basis for their damages claim by **August 31, 2015**; Defendants shall respond in kind by **October 30, 2015**.

**Communication with Court.**  Counsel and parties shall not engage in e-mail conversations with this Court.  Counsel may contact Chambers to schedule status conferences as needed, but only after meeting and conferring with opposing counsel on the issues to be presented to this Court.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

May 21, 2015