# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

MAKO PRODUCTS, INC.,            Case No.: 3:12-bk-06572-JAF

       Debtor.                         Chapter 7

_____/

### TRUSTEE'S NOTICE OF INTENT TO
### SELL PROPERTY OF THE ESTATE AT PRIVATE SALE

---

#### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on Jacob A. Brown, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 3100, Jacksonville, FL 32202; Gregory L. Atwater, Chapter 7 Trustee, P.O. Box 1865, Orange Park, FL 32073; and U.S. Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

       PLEASE TAKE NOTICE that, pursuant to 11 U.S.C § 363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, Gregory L. Atwater, as Chapter 7 Trustee (the "Trustee") will sell at private sale the interest of the bankruptcy estate (the "Estate") in the following described property:

> all tangible and intangible personal property of the Debtor, Mako Products, Inc. (the "Debtor") that is identified in the Debtor's Schedule B of its voluntary Petition and supplemental equipment and accounts receivable list attached hereto as **Composite Exhibit A**

(collectively, the "Assets").

{26003320;2}

The sale shall be to Jordan Klein, Sr., Jordan Klein, Jr., John Dann and their assigns (collectively, the "Purchaser") for payment of **$15,000** (the "Purchase Price"), which shall be paid lump sum to the Trustee within fifteen days of the date of any Order approving this sale. A 20% ($3,000) deposit (the "Required Deposit") shall be paid by the Purchaser to the Trustee simultaneously with the filing of this Notice. Upon receipt of the balance of the Purchase Price from the Purchaser, the Trustee will deliver a Bill of Sale for the Assets to the Purchaser in the form attached hereto as **Exhibit B**. Payment(s) shall be made to **Gregory L. Atwater, Trustee, and mailed to P.O. Box 1865, Orange Park, Florida 32073.**

The Purchaser is anticipated to be an entity formed by affiliates of the Debtor. The Assets do not include (i) any claims the Trustee could assert under 11 U.S.C. §§ 544, 547, 548 or 550, and (ii) property not specifically described on **Composite Exhibit A** hereto.

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by the Required Deposit. Any higher bid must be received by Gregory L. Atwater, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, the trustee will either conduct a telephone auction among the bidders on the earliest date the trustee can arrange such auction, or seek an order for a court-conducted auction or court approval of the offer he feels is the highest and best for the estate. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one (21) day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one (21) day objection period set forth above, and/or a favorable disposition of auction or any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to 11 U.S.C. § 726. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors. **The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.**

{26003320;2}

Any person interested in bidding on the Assets should also be aware of the Order attached hereto as **Exhibit C** and other orders and rulings to date in the case styled *David Grober, et al. v. Mako Products, Inc., et al.*, Case No. 2:04-CV-8604-JZ, pending in the United States District Court for the Central District of California, Riverside Division.

Date: March 25, 2013.

AKERMAN SENTERFITT

By: /s/ *Jacob A. Brown*
   Jacob A. Brown
   Florida Bar No. 0170038
   Email: jacob.brown@akerman.com
   Katherine C. Fackler
   Florida Bar No.: 0068549
   Email: katherine.fackler@akerman.com
   50 North Laura Street, Suite 3100
   Jacksonville, Florida 32202
   Telephone: (904) 798-3700
   Facsimile: (904) 798-3730

ATTORNEYS FOR GREGORY L. ATWATER, CHAPTER 7 TRUSTEE

{26003320;2}

OAO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the
# UNITED STATES DISTRICT COURT

Middle DISTRICT OF Florida

Voice International, Inc.; David Grober

v.

Mako Products, Inc.; Air Sea Land Productions Inc.; Cinevideotech, Inc.; Spectrum Effects, Blue Sky Aerials, Inc.; and DOES 1-10

**SUBPOENA IN A CIVIL CASE**

Case Number: CV 04-08604 JZ (OPx)

TO: John Dann
10197 SE 144th Pl,
Summerfield, FL 34491

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attachment.

| PLACE APEX PROCESS SERVICE · Tel (352) 694-1443  700 S.W. 98th LANE, OCALA, FL. 34476 | DATE AND TIME  6/22/15, or 12 days after srvc. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below

| PREMISES | DATE AND TIME |
|---|---|
|  | 6/22/15, or 12 days after srvc. |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 6-8-15 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Edwin Tarver, Attorney for Plaintiffs, 880 Apollo Street, Suite 301 El Segundo, California 90245

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

If action is pending in district other than district of issuance, state district under case number.

## MOTION TO QUASH OR MODIFY SUBPOENA

Voice International, Inc., David Grober
V.
Mako Products, Inc.; Air Sea Land Productions, Inc.;
CineVideoTech, Inc.; Spectrum Effects;
Blue Sky Aerials, Inc.; and DOES 1-10

Case Number CV 04-08604 JZ (OPx)

18 June 2015

To:
Clerk's Office
United States District Court
Middle District of Florida
207 N.W. Second Street
Room 337
Ocala, Florida  34475
352-369-4860

Phyllis
Apex Process Service
700 SW 98th Lane
Ocala, FL  34476
352 694 1443

Issuing officer:
Edwin Tarver
Attorney for Plaintiffs
880 Apollo Street
Suite 301
El Segundo, CA  90245
310 726 0892

From:
Jordan Klein, Sr.
10197 SE 144th Place
Summerfield, FL  34491
352 288 6060

Jordan Klein, Jr.
10197 SE 144th Place
Summerfield, FL  34491
352 288 3999

John Dann
10197 SE 144th Place
Summerfield, FL  34491
352 266 7794

To Whom This Concerns,

We do not have possession of information requested.

All assets, including records, of Mako Products, Inc. were sold, by the trustee of the bankruptcy court, to Oceanic Production Equipment, Ltd. (Bahamas). (see attached Bill of Sale)

Jordan Klein, Sr.
_____   Date: 6-18-15

Jordan Klein, Jr.
_____   Date: 6/18/15

John Dann
_____   Date: 18 JUNE 15

## TRUSTEE'S BILL OF SALE

FOR GOOD AND VALUABLE CONSIDERATION, the receipt and sufficiency of which is hereby acknowledged, Gregory L. Atwater, as Chapter 7 Trustee of the Bankruptcy Estate of Mako Products, Inc. ("Seller"), pending in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division; Case No.: 3:12-bk-06572-JAF (the "Bankruptcy Estate"), has granted, bargained, sold, transferred and delivered and by these presents does give, bargain, sell, transfer and deliver unto Oceanic Products & Equipment, Inc. and its assigns ("Buyer"), this ____ day of _____, 2013, the Seller's and the Bankruptcy Estate's rights and interests in the following property:

- all tangible personal property of the Debtor, Mako Products, Inc. (the "Debtor") and all accounts receivable owed to the Debtor, both described on **Composite Exhibit A** hereto

SELLER MAKES NO WARRANTIES OR REPRESENTATIONS, AND BUYERS, BY THEIR ACCEPTANCE HEREOF, ACKNOWLEDGE AND AGREE THAT THEY ACCEPT THE PROPERTY AS IS WHERE IS WITHOUT REPRESENTATION OR WARRANTY.

IN WITNESS WHEREOF, this Bill of Sale has been executed by Seller as of the ____ day of _____, 2013.

Signed, sealed and delivered
in the presence of:

_____          _____
                                    GREGORY L. ATWATER, as
                                    Chapter 7 Trustee of the Bankruptcy
                                    Estate of Mako Products, Inc

Print Name: _____         Print Name: _____