IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| David Grober, et al., | Case No. 2:04 CV 8604 JZ |
| Plaintiffs, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Mako Products, Inc., et al., | |
| Defendants. | |

Pending before this Court is a Joint Discovery Request (Doc. 501).  The Request is denied.

This Request comes on the eve of the close of discovery as previously agreed to by counsel (Doc. 496).  This case, all parties agree, has gone on far too long, and this Court is committed to bringing this case to a conclusion.

The parties request this Court order the law firm that previously represented Defendants to produce " a single set, bates numbered, of all the discovery documents in its possession . . . ."  The parties do not need this Court to order such a production.  The parties have always had the ability to obtain those documents through a third-party subpoena duces tecum and, if Varnell & Warwick refuses to comply with that subpoena, then counsel may petition this Court for relief.

To the extent counsel agree to continue to search for documents and compare them with documents already in hand, beyond the June 30 date, they of course may do so.  However, this Court will continue to enforce the remaining dates set forth in the most recent Scheduling Order (Doc. 496).

Plaintiffs' counsel also requests leave to file a Motion for Summary Judgment after June 30, when the previous Order identified the relevant date as July 30.  This was not an accident. The July 30 date was selected because the parties have yet to exchange infringement contentions which are due to be completed by July 30.

Finally, Plaintiffs are cautioned that this Court granted them leave to file for summary judgment after July 30, and not to jump the gun and file for summary judgment straightaway. Plaintiffs should follow the correct procedure by referring to the website for a sample leave request: http://www.ohnd.uscourts.gov/home/judges/judge-jack-zouhary).

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

June 29, 2015