Robert J, Lauson, Esq., No. 175,486
bob@lauson.com
Edwin P. Tarver, Esq., No. 201,943
Edwin@lauson.com
LAUSON & TARVER LLP
880 Apollo St., Ste. 301,
El Segundo, CA. 90245
Tel (310) 726-0892
Fax (310) 726-0893
Attorneys for Plaintiff Voice International, Inc.

David Grober
616 Venice Blvd.
Venice, CA. 90291
Tel: (310) 822-1100
Email: davidgrober1@gmail.com
Plaintiff, Pro se

**UNITED STATES DISTRICT COURT**

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VOICE INTERNATIONAL, INC.<br>&<br>DAVID GROBER,<br>PLAINTIFFS,<br>VS.<br><br>MAKO PRODUCTIONS INC.; AIR SEA LAND PRODUCTIONS, INC.; CINEVIDEO TECH, INC.; SPECTRUM EFFECTS; BLUE SKY AERIALS, INC., AND DOES 1- 10,<br>DEFENDANTS | CASE NO.: CV04-8604 JZ(OPX)<br><br>[PROPOSED] COURT ORDER RE COMPELLING PRODUCTION OF DOCUMENTS. |

The parties conferred and agreed and submitted a joint request for this Court to order production of documents that were ordered preserved for this case. Good cause existing, the Court makes the following order:

1. The parties involved in the purchase of the assets of Mako Products, Inc., Jordan Klein Sr., Jordan Klein Jr., and John Dann, under the order of this Court and the United States Bankruptcy Court in the Middle District of Florida, having been ordered to preserve all potential evidence in this case, are hereby ordered to produce all of that potential evidence, including all documents identified in Plaintiffs' motions to compel including Dkt. 230. The documents are to be Bates numbered and produced to Plaintiffs and Defendants within 15 days of this Order. The cost of such production to be born by the purchasers of Mako's assets.
2. All documents related to this case are to be preserved.

IT IS SO ORDRED.

Date: ______________

______________________________
U.S. District Judge

Presented By:

______________________________
David Grober. Plaintiff