IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| David Grober, et al., | Case No. 2:04 CV 8604 JZ |
| Plaintiffs, | SHOW CAUSE ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Mako Products, Inc., et al., | |
| Defendants. | |

Pending before this Court is "Plaintiffs' Second Request for the Court to Order the Kleins and John Dann Produce Documents this Court Twice Previously Ordered Preserved for this Case." The Request is granted in part (Doc. 503).

The Request is in response to a "Motion to Quash or Modify Subpoena" signed by Jordan Klein Sr., Jordan Klein Jr., and John Dann which states "We do not have possession of information requested" in Plaintiffs' subpoena because "all assets, including records of Mako Products Inc. were sold by the trustee of the bankruptcy court, to Oceanic Production Equipment, Ltd. (Bahamas)" (Doc. 501-1 at 6). In their capacity as principals of Oceanic Production or as former parties to this litigation, this Court has ordered the Kleins and Dann to preserve all potential evidence (*see* Docs. 436 & 457), which would include any document responsive to Plaintiffs' subpoena.

Accordingly, Jordan Klein Sr., Jordan Klein Jr., and John Dann are each ordered to show cause by **August 7, 2015** why this Court should not hold him in contempt for failing to comply with this

Court's Orders requiring parties to adhere to their discovery obligations and to preserve all potential evidence.

It is unclear from the parties' request whether Plaintiffs' subpoena seeks documents already produced by the Kleins and Dann. To the extent Plaintiffs' recent subpoena seeks re-production of documents already produced by either the Kleins, Dann, or other parties, this Show Cause Order may be satisfied by each individual filing a sworn affidavit stating the basis upon which he has personal knowledge that all documents responsive to Plaintiffs' subpoena in his possession, custody, or control have been produced, by whom they were produced, and the date(s) of the production.

IT IS SO ORDERED.

                                                  s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE

July 24, 2015