IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| David Grober, et al., | Case No. 2:04 CV 8604 JZ |
| Plaintiffs, | ORDER RE: STATUS CONFERENCE |
| -vs- | JUDGE JACK ZOUHARY |
| Mako Products, Inc., et al., | |
| Defendants. | |

This Court held a status conference on December 9, 2015. Parties present: *Pro se* Plaintiff David Grober, Michael Warner and Anthony Lenzo of Air Sea Land Productions, Inc. ("ASL"), Egon Stephan of Cinevideotech Inc. ("CVT"), Thomas Miller of Blue Sky Aerials Inc. ("BSA"). Counsel present: Robert Lauson for Plaintiff Voice International, Inc.; Chris Polychron for Defendants.

1.   This Court earlier advised counsel that Plaintiffs' request for a record hearing (Doc. 525) was approved. Therefore, this Court proceeded to hear argument on Plaintiffs' Motion for Leave to File Summary Judgment (Doc. 517). Although this Court questions the need for additional briefing, Plaintiffs' oral request to file a reply brief is granted. Plaintiffs may file a brief response (not to exceed 10 pages) addressing the arguments raised in the Motion and Defendants' Opposition (Docs. 517 & 520) by **December 16, 2015**. Plaintiffs are encouraged to cite to record evidence rebutting Defendants' argument that issues of fact preclude summary judgment.

2.   In the Second Amended Complaint, Plaintiffs allege Defendants ASL, CVT and BSA directly infringe the `662 Patent when they "use, sell, rent, and offer for use, sale, and rental" the MakoHead, pursuant to 35 U.S.C. § 271 (Doc. 182 at ¶¶ 19, 21, 23). Plaintiffs further allege

Defendants "induce and contribute to the infringement of others pursuant to 35 U.S.C. § 271(b), (c) and are liable as indirect infringers as well" (*id.* at ¶ 26). By **December 23, 2015**, each party shall file a position statement (not to exceed 5 pages) addressing the legal standard to determine if ASL, CVT and BSA, as rental providers of the allegedly infringing MakoHead, are liable for infringement.

3. Counsel are encouraged to confer regarding the need for damages experts. It is this Court's understanding that the parties have completed fact discovery and are shifting their attention to completing damages analysis and trial preparation.

4. Trial is set for the week of **March 14, 2016**. An Order addressing pre-trial deadlines will follow.

IT IS SO ORDERED.

                                               s/ *Jack Zouhary*
                                               JACK ZOUHARY
                                               U. S. DISTRICT JUDGE

                                               December 11, 2015