1  Robert J. Lauson, Esq., SBN 175,486
   bob@lauson.com
2  LAUSON & TARVER LLP
   880 Apollo Street, Suite 301
3  El Segundo, California  90245
   Tel.  (310) 726-0892
4  Fax  (310) 726-0893

5  Attorneys for Plaintiff, Voice International, Inc.

6  David Grober
   davidgrober1@gmail.com
7  578 West Washington Blvd., Suite 866
   Marina Del Rey, CA  90292
8  Tel. (310) 822-1100

9  Plaintiff, Pro se

10
11                 **UNITED STATES DISTRICT COURT**

12          **CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION**

13  | **VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,** | **Case No.: cv-08604-JZ(OP)** |
14  | | |
    | Plaintiffs, | **Notice Of Appeal** |
15  | | |
    | vs. | |
16  | | |
    | **MAKO PRODUCTIONS, INC.; AIR SEA LAND PRODUCTIONS, INC., CINEVIDEOTECH, INC.; SPECTRUM EFFECTS; BLUE SKY AERIALS, INC.; and DOES 1- 10, inclusive,** | |
17
18
19
20  | Defendants. | |
21
22
23
24
25
26
27
28

NOTICE IS HEREBY GIVEN that Plaintiffs Voice International, Inc. and David Grober in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit, the following Orders:

1. The Court's Order denying Plaintiffs' motion for reconsideration (doc. 611, filed on 12/22/16).

2. The Court's Order denying Plaintiffs' motion to add judgment debtor (doc. 606, filed on 10/28/16).

3. The Court's Order denying attorney's fees be awarded to Plaintiff (doc. 592, filed 8/9/16).

4. The Court's Order Denying Sanctions Against Varnell & Warwick, P.A. (doc. 591, filed on 8/9/16).

5. The Court's Order discharging Order To Show Cause (doc. 507, filed 8/7/15).

6. The Court's Orders ignoring Rule 37 sanctions requests, (doc. 410, filed 6/3/10, doc. 411, filed on 6/18/10, and doc. 412, filed on 6/22/10).

7. The Court's Order denying Plaintiffs' Motion for Review of Defendants' Confidential Attorneys Eyes Only Designations, Compelling Re-Designation of All Documents, and For Sanctions (doc. 371, filed on 11/2/09). Appealed to the District Court (doc. 409) and ignored.

8. The Court's continued refusal to allow for a court reporter at hearings.

Respectively submitted,

DATED: January 20, 2017    LAUSON & TARVER LLP

By: /s/ Robert J. Lauson
Robert J. Lauson, Esq.

DATED: January 20, 2017    By: /s/ David Grober
David Grober