RECEIVED
CLERK, U.S. DISTRICT COURT

12/7/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____YL_____ DEPUTY

NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**DAVID GROBER, VOICE INTERNATIONAL, INC.,**
*Plaintiffs-Appellants*

v.

**MAKO PRODUCTS, INC.,**
*Defendant-Appellee*

**AIR SEA LAND PRODUCTIONS, INC.,
CINEVIDEOTECH, INC., SPECTRUM EFFECTS,
INC., BLUE SKY AERIALS, INC., DOES 1-10,**
*Defendants*

———————————

2017-1507

———————————

Appeal from the United States District Court for the
Central District of California in No. 2:04-cv-08604-JZ-
DTB, Judge Jack Zouhary.

———————————

## JUDGMENT

———————————

ROBERT J. LAUSON, Lauson & Tarver, LLP, El Segun-
do, CA, argued for plaintiffs-appellants. Voice Interna-
tional, Inc. also represented by JON HOKANSON, Lewis
Brisbois Bisgaard & Smith LLP, Los Angeles, CA.

DAVID LIETZ, Varnell & Warwick, PA, Lady Lake, FL, argued for defendant-appellee. Also represented by BRIAN W. WARWICK.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 6, 2018           /s/ Peter R. Marksteiner
Date                       Peter R. Marksteiner
                           Clerk of Court