RECEIVED
CLERK, U.S. DISTRICT COURT

1/15/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CR_____ DEPUTY

NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**DAVID GROBER, VOICE INTERNATIONAL, INC.,**
*Plaintiffs-Appellants*

**v.**

**MAKO PRODUCTS, INC.,**
*Defendant-Appellee*

**AIR SEA LAND PRODUCTIONS, INC.,
CINEVIDEOTECH, INC., SPECTRUM EFFECTS,
INC., BLUE SKY AERIALS, INC., DOES 1-10,**
*Defendants*

_____

2017-1507

_____

Appeal from the United States District Court for the Central District of California in No. 2:04-cv-08604-JZ-DTB, Judge Jack Zouhary.

_____

**ON PETITION FOR PANEL REHEARING**

_____

Before PROST, *Chief Judge,* MOORE and WALLACH, *Circuit Judges.*

PER CURIAM.

**O R D E R**

2                                    GROBER v. MAKO PRODUCTS, INC.


Appellant David Grober filed a petition for panel rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The mandate of the court will issue on January 22, 2019.


                                    FOR THE COURT

January 15, 2019                    /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                    Clerk of Court