

**RECEIVED**
CLERK, U.S. DISTRICT COURT

1/22/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: __Y.L._____ DEPUTY

# United States Court of Appeals
# for the Federal Circuit

---

**DAVID GROBER, VOICE INTERNATIONAL, INC.,**

*Plaintiffs - Appellants*

**v.**

**MAKO PRODUCTS, INC.,**

*Defendant - Appellee*

**AIR SEA LAND PRODUCTIONS, INC., CINEVIDEOTECH, INC., SPECTRUM EFFECTS, INC., BLUE SKY AERIALS, INC., DOES 1-10,**

*Defendants*

---

17-1507

---

Appeal from the United States District Court for the Central District of California in case No. 2:04-cv-08604-JZ-DTB, Judge Jack Zouhary.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered December 06, 2018, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee Mako Products, Inc. in the amount of $538.68 and taxed against the appellants David Grober, Voice International, Inc.

FOR THE COURT

January 22, 2019                     /s/ Peter R. Marksteiner

                                     Peter R. Marksteiner
                                     Clerk of Court